\ **CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET**                                                DATE: _3/31/15_

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE; _Jessica Cooper_ v. _Anthony Lippa, JR. et al._ | Case No. _311 CV 712_ <br> Judge : _Spencer_ <br> Court Reporter: _Kull_ |

MATTER COMES ON FOR: ( ) BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: _____

APPEARANCES:   Parties by ( ) with ( ) counsel       Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )       DEFENDANT(S) ( ) Court ( )

OPENING STATEMENTS MADE ( )       OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( )_____

DEFENDANT(S) ADDUCED EVIDENCE ( )    RESTED ( ) MOTION ( )_____

REBUTTAL EVIDENCE ADDUCED  ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )       ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S)  ( )    MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( )_____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS (✓) _returned to counsel._

_Case Settled. Counsel appeared to advise the Court. Plfs unopposed Motion to Withdraw ECF 103 +105 GRANTED. Dismissal order to enter._

Counsel for Plaintiff(s): _David Simenson_

Counsel for Defendants: _Alexander Francuzenko_

SET: _10 00_ BEGAN:  a.m. _10:01_       ENDED: _10:06_   TIME IN COURT: _06_
RECESSES: