UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JESSICA L. COOPER,<br><br>                          Plaintiff,<br><br>v.<br><br>ANTHONY A. LIPPA, JR., *et al.*,<br><br>                         Defendants. | Civil Action No. 3:11-CV-712 |

## ORDER

THIS MATTER is before the Court on Plaintiff's unopposed oral motion to withdraw Plaintiff's Motion for this Court to Enter an Order Excluding Three Exhibits Listed on Defendants' Exhibit List and Requiring Defendants to File and Serve a Good Faith List of Witnesses (ECF No. 103), and Plaintiff's Memorandum in Support of Motion to Exclude Defendants' Exhibit 25 on Basis of Untimely Production (ECF No. 105). For the reasons stated from the bench, and because it is unopposed, the Motion is hereby GRANTED.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                              /s/
                                James R. Spencer
                                Senior U. S. District Judge

ENTERED this 31st day of March 2015.