IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JESSICA L. COOPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA No. 3:11cv712 (JRS) |
| ) | |
| ANTHONY A. LIPPA, JR., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## Dismissal Order

On joint motion of all Parties, and deeming it just and proper so to do; it is hereby ORDERED that this action is dismissed with prejudice, each party to bear its own costs and attorney's fees, subject only to this Court's retention of jurisdiction over this action for a period of sixty (60) days from the date of this Order within which either party may move for any just and proper relief from any breach of the parties' settlement agreement.

Entered this 31st day of March, 2015.

/s/
James R. Spencer
Senior U. S. District Judge

**We Ask for This:**

*/s/ David R. Simonsen, Jr.*

David R. Simonsen, Jr., Esq., VSB 20078
Vickey A. Verwey, Esq., VSB 20267
*Attorneys for Plaintiff*
8003 Franklin Farms Drive, Suite 131
Richmond, VA 23229-5107
Phone (804) 285-1337
Fax (804) 285-1350
dsimonsenj@aol.com

*/s/ Alexander Francuzenko*

Alexander Francuzenko, VSB 36510
*Attorney for All Defendants*
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Phone (703) 865-7480
Fax (703) 434-3510
alex@cookcraig.com